# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: TONI L. TERRY  
261 BARFIELD CRESCENT RD. #807  
MURFREESBORO, TN 37128  

SSN-xxx-xx-0502

Case Number: 04-75712

Case filed on: 11/16/2004  
Plan Confirmed on: 2/4/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $28,977.92        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 202 | DAIMLER CHRYSLER SERVICES N.A. LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | TONI L. TERRY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICAN GENERAL FINANCE | 500.00 | 500.00 | 500.00 | 107.98 |
| 002 | CHRYSLER FINANCIAL | 15,000.00 | 15,000.00 | 15,000.00 | 3,004.01 |
| 003 | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS | 4,791.12 | 4,791.12 | 4,791.12 | 0.00 |
| 004 | ROCKFORD WATER DEPARTMENT | 452.00 | 452.00 | 452.00 | 0.00 |
| 005 | WELLS FARGO FINANCIAL | 1,500.00 | 1,500.00 | 1,500.00 | 320.69 |
|  | Total Secured | 22,243.12 | 22,243.12 | 22,243.12 | 3,432.68 |
| 001 | AMERICAN GENERAL FINANCE | 3.54 | 0.00 | 0.00 | 0.00 |
| 002 | CHRYSLER FINANCIAL | 6,616.75 | 0.00 | 0.00 | 0.00 |
| 005 | WELLS FARGO FINANCIAL | 95.24 | 0.00 | 0.00 | 0.00 |
| 006 | ATTORNEY LAURA EPSTEIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ATTORNEY DENNIS L LEAHY PC | 400.00 | 0.00 | 0.00 | 0.00 |
| 010 | EMERGE MASTERCARD GOLD | 1,728.14 | 0.00 | 0.00 | 0.00 |
| 011 | ER SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ECAST SETTLEMENT CORPORATION | 742.20 | 0.00 | 0.00 | 0.00 |
| 013 | MARSHALL FIELD | 245.27 | 0.00 | 0.00 | 0.00 |
| 014 | NEWPORT NEWS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | NICOR SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | NORTH SHORE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ROCK RIVER WATER RECLAMATION | 292.44 | 0.00 | 0.00 | 0.00 |
| 019 | SBC MIDWEST | 354.24 | 0.00 | 0.00 | 0.00 |
| 020 | SOUND & SPIRIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ROUNDUP FUNDING LLC | 506.08 | 0.00 | 0.00 | 0.00 |
| 022 | U.S. CELLULAR | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 10,983.90 | 0.00 | 0.00 | 0.00 |
|  | Grand Total: | 34,591.02 | 23,607.12 | 23,607.12 | 3,432.68 |

Total Paid Claimant: $27,039.80  
Trustee Allowance: $1,938.12  
Percent Paid Unsecured: 0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

 /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 10/30/2008                By  /s/Heather M. Fagan